uary 9, 1923. Intervention. The appellee's motion for dismissal is sustained.

No. 2469. VIDAL, APPELLANT, v. FAGUNDO BROTHERS, APPELLEES. — District Court of Mayagüez. Injunction. Decided January 9, 1923. The judgment is affirmed on a tie vote.

No. 2913. OJEDA ET AL., PLAINTIFF-APPELLANTS, v. FERNÁNDEZ ET AL., DEFENDANT-APPELLANTS.—First District Court of San Juan. Decided January 12, 1923. The court found that there was good cause for failure to file the brief in time and overruled the defendant's motion for dismissal.

No. 2908. SOSA, APPELLEE, v. GONZÁLEZ, APPELLANT. — District Court of Humacao. Decided January 12, 1923. Damages. On December 15, 1922, the appellee filed a motion for dismissal of the appeal because of the appellant's failure to file a brief in time. On the 21st the appellant filed a brief without explaining why he had not filed it in time. The appeal is dismissed in accordance with Rules 42 and 60.

No. 2930. GONZÁLEZ ET AL., v. GONZÁLEZ.—District Court of Humacao. Decided January 15, 1923. The appellee's motion for dismissal is sustained.

No. 2921. SOUTH PORTO RICO SUGAR COMPANY, APPELLANT, v. NORIEGA & ALVAREZ, APPELLEE. — District Court of Ponce. Damages. Decided January 15, 1923. The defendant's motion for dismissal, acquiesced in by the plaintiff, is sustained.

No. 2632. PASAPERA, APPELLANT, v. MÉNDEZ BROTHERS, LTD., APPELLEE. — District Court of Humacao. Damages. Memorandum of costs. Decided January 15, .1923. The appellee's motion for dismissal is sustained.

No. 1996. PEOPLE, APPELLEE, v. ORTIZ, APPELLANT.—District Court of Guayama. Decided January 15, 1923. Assault and battery. There being no bill of exceptions or statement of the case and no brief of the appellant, and the